IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALABAMA

In Re: Mathew Holcomb,            Chapter: 13
        Debtor.                 Case Number: 14-31969

## MOTION TO LIFT STAY AND REQUEST FOR EXPEDITED HEARING

COMES NOW Peavy's Finance, Inc. by and through counsel, and moves the Court to lift the Automatic Stay as it pertains to one 2005 Pontiac Grand Am, and states as grounds that the Creditor has a lien on the vehicle (as evidenced by the attached Certificate of Title) and the vehicle is not insured. Further, the vehicle is currently being driven around without insurance and thus not adequately protected.

Further, the Creditor requests that a reasonable attorney's fee in the amount of $400.00 and the filing fee for filing this motion be taxed as part of the cost and added to the amount of the debt, based on the fact that the Creditor attempted to get a Ten Day Insurance Order by consent, so as to avoid filing this motion, but was unsuccessful.

Further, the Creditor request the Court to set this matter for an immediate hearing on the Court's next available docket, as the Creditor has attempted to get insurance prior to this motion being filed and has not had success.

                              /s/ Richard C. Dean, Jr.
                              Attorney for Peavy's Finance, Inc.

OF COUNSEL:
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
CNW

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case:

Mathew Holcomb                   Joshua C. Milam, Esq.
116 East Park Avenue               566 S. Perry Street
Montgomery, AL 36110            Montgomery, AL 36104

Mr. Curtis C. Reding, Trustee
P.O. Box 173
Montgomery, AL 36101

                              /s/ Richard C. Dean, Jr.
                              Of Counsel