UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14-31969 – DHW
 Chapter 13
MATHEW HOLCOMB,

       Debtor(s).

## ORDER TERMINATING STAY CONDITIONALLY

Peavy Finance filed a Motion to Lift Stay (Doc. No. 25), the Motion came for a hearing on June 29, 2015.

Accordingly, it is

ORDERED that the stay is TERMINATED effective 12:00 noon on July 10, 2015 to allow Peavy Finance to enforce its lien on the property described in the motion unless prior to the effective time the debtor (1) obtains a physical damage policy of insurance covering the property naming Peavy Finance as loss/payee and (2) provides proof of such insurance to Peavy Finance. It is

FURTHER ORDERED that the stay will TERMINATE without further order of the court if at any time in the future insurance on the property lapses and is not renewed within ten days from the date the creditor files a certificate of lapse with the court.

The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order without further hearing if the debtor fails to provide proof of insurance within ten days from the filing date of the certificate. It is

FURTHER ORDERED that in the event that a cure is not accomplished within 10 days, the creditor shall file a certificate of termination with the court stating that it deems the stay terminated pursuant to the court's order. It is

FURTHER ORDERED that, if the stay terminates pursuant to this order, any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this 30th day of June, 2015.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    Joshua C. Milam, Attorney for Debtor
    Richard C. Dean, Jr., Attorney for Creditor
    Curtis C. Reding, Trustee